**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7288**

———————————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

    versus

JIMMY WAYNE MARTIN,

                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. N. Carlton Tilley, Jr., District Judge. (CR-91-239; CA-94-582-2)

———————————

Submitted: January 23, 1996    Decided: May 20, 1996

———————————

Before WILKINSON, Chief Judge, WIDENER, Circuit Judge, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Jimmy Wayne Martin, Appellant Pro Se. Paul Alexander Weinman, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. We affirm substantially on the reasoning of the district court. <u>United States v. Martin</u>, Nos. CR-91-239; CA-94-582-2 (M.D.N.C. July 31, 1995).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2